# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JULIO ARJONA GOMEZ** : | **DOCKET NO. 19-cv-01126** |
| **REG. # 67176-004** | **SECTION P** |
| | |
| **VERSUS** : | **JUDGE JAMES D. CAIN, JR.** |
| | |
| **JAMES MCHENRY, ET AL** : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. 7) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 30th day of December, 2019.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**